## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAYRL BULLAR, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | NO. 11-cv-0468-MJR-PMF |
| | ) | |
| Vs. | ) | DATE: May 1, 2014 |
| | ) | |
| ARCHWAY SKYDIVING CENTRE, INC., et al., | ) | TIME: 09:00 am – 09:30 am |
| | ) | |
| | ) | PLACE: EAST ST. LOUIS |
| Defendant(s). | ) | |

**PRESIDING: HONORABLE MICHAEL J. REAGAN**

**DEPUTY CLERK: Debbie DeRousse**     **COURT REPORTER: Barb Kniepmann**

**Appearing for Plaintiff: Christopher Allen and Jon Rosenstengel;**
**Appearing for Defendant Archway Skydiving Centre, Inc.: Michael P. Murphy**

### PROCEEDINGS: MOTION HEARING

The Court heard testimony in regards to damages. Court takes matter under advisement.

Counsel to submit proposed order within 21 days from todays date.