IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARYL BULLAR and GINA BULLAR, as Co-Administrators of the Estate of JONATHAN BULLAR, <br><br> Plaintiffs, <br><br> vs. <br><br> ANITA WUERTZ, J. MICHAEL BROWN d/b/a AM. SKYDIVING SYS., VANDALIA PARK DIST., VANDALIA MUN. AIRPORT, ARCHWAY EXPRESS, INC., and ADRENALINE ALLEY, INC., <br><br> Defendants. | Case No. 11–cv–0468–MJR–PMF |

### ORDER ADOPTING R&R AND DISMISSING CLAIMS AGAINST VANDALIA MUNICIPAL AIRPORT AND VANDALIA PARK DISTRICT

**REAGAN, District Judge:**

Before the Court is a Report and Recommendation ("R&R") submitted by Magistrate Judge Philip M. Frazier pursuant to 28 U.S.C. § 636.  In the April 23, 2014 R&R, Judge Frazier recommends granting Defendant Vandalia Park District's motion for a finding of good faith settlement and dismissal.  The parties were given until May 12, 2014, to object to any portion of the R&R.

That deadline having lapsed with no objection from any party, the Court need not conduct a *de novo* review of the R&R.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Banco Del Atlantico, S.A. v. Woods Indus. Inc.*, 519 F.3d 350, 354 (7th Cir. 2008).  Judge Frazier's R&R (**Doc. 259**) is accordingly **ADOPTED** in full, and the Motion for Finding of Good Faith Settlement and Dismissal (**Doc. 253**) is **GRANTED**.  All claims against Vandalia Municipal Airport and Vandalia Park District are hereby **DISMISSED WITH PREJUDICE**, without an assessment of costs.

IT IS SO ORDERED.
DATE: May 14, 2014
                                           s/ *Michael J. Reagan*
                                           MICHAEL J. REAGAN
                                           United States District Judge

1